

# THE THIRTEENTH COURT OF APPEALS

---

13-18-00040-CV

---

RR Stanley, Dalton Davis d/b/a JO-DAN Royalty Company and Vinella Davis
v.
Deborah Cephus Collins, Will Cephus, Harold Andrews, Rosalind Carter and
Rondal Cephus

---

On Appeal from the
77th District Court of Freestone County, Texas
Trial Cause No. 12-050-A

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants, RR Stanley, Dalton Davis d/b/a JO-DAN Royalty Company and Vinella Davis.

We further order this decision certified below for observance.

November 7, 2019